**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 04, 2009**



_Randolph J. Haines_

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18036/0020805693

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tina Maria Seaton<br>       Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for the Maiden Lane Asset Backed Securities I Trust 2008-1<br>       Movant,<br>  vs.<br><br>Tina Maria Seaton, Debtor, S. William Manera, Trustee.<br><br>       Respondents. | No. 2:09-bk-14784-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

…

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 24, 2007 and recorded in the office of the Pinal County Recorder wherein U.S. Bank National Association, as Trustee for the Maiden Lane Asset Backed Securities I Trust 2008-1 is the current beneficiary and Tina Maria Seaton has an interest in, further described as:

> The West 201,77 feet of the South 217.00 feet of the North 454.00 feet of
> the East half of Parcel 4, CHANDLER HEIGHTS CITRUS TRACT UNIT 3127,
> according to Book 21 of Maps, Page 20, records of Maricopa County,
> Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT